UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRIAM MEJIA,

    Plaintiff,

v.                                                Case No. 8:10-cv-1608-T-30TBM

DOLGENCORP, LLC
d/b/a Dollar General Stores,

    Defendant.
_____/

**ORDER OF DISMISSAL**

       The Court has been advised by Defendant's attorney Melisa Amy San Martin that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

       **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

       **DONE** and **ORDERED** in Tampa, Florida on April 14, 2011.

                                                     JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1608.dismissal.wpd